**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

---

TOMAS COLOP, et al.

        Plaintiffs,

v.

ANEAKA ENGLISH, et al.

        Defendants.

Civil Action No. 1:14-cv-00796-JEB

---

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to plaintiffs'

dismissal of all elements of this action against *all defendants with prejudice*, each side to bear its

own costs and attorneys' fees.

Date: 08/08/2014

Respectfully submitted,

/s/ Justin Zelikovitz
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street NW; Second Floor
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*

/s/ Jamison B. Taylor
Jamison B. Taylor, #457280
1218 11th St. NW
Washington, DC 20001
Phone: (202) 997-3802
Fax: (202) 478-2146
jtaylor@rismllc.com

*Counsel for Defendants*